UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICARDO GUEVARA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> R. ADAMS, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | No. CV 08-0907-JFW (RCF) <br><br> ORDER ADOPTING <br> REPORT AND RECOMMENDATION <br> OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any objections to the Report. The Court accepts and adopts the findings of fact, conclusions of law, and recommendations contained in the Report and Recommendation.

IT IS ORDERED that Judgment be entered denying the Petition with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 9, 2011

*/s/ John F. Walter*
_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE