UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICARDO GUEVARA,<br><br>      Petitioner,<br><br>    v.<br><br>R. ADAMS, Warden,<br><br>      Respondent. | No. CV 08-0907-JFW (RCF)<br><br>JUDGMENT |

Pursuant to the Order Adopting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: May 9, 2011

                                                  JOHN F. WALTER<br>                                                  UNITED STATES DISTRICT JUDGE